SCOTT N. SCHOOLS (SC 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

BLAKE D. STAMM (CTBN 301887)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7063
Fax: (415) 436-7234

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06 543 JSW |
| ) | |
| Plaintiff, ) | **[PROPOSED] ORDER AND** |
| ) | **STIPULATION EXCLUDING TIME** |
| v. ) | **FROM NOVEMBER 15, 2007 TO** |
| ) | **DECEMBER 6, 2007 FROM THE** |
| MAURICE FINLEY, ) | **SPEEDY TRIAL ACT CALCULATION** |
| ) | **(18 U.S.C. § 3161(h)(8)(A))** |
| Defendant. ) | |
| ) | |

Defendant Maurice Finley appeared before the Court on Novembe 15, 2007. With the agreement of the parties, and with the consent of the defendant, the Court entered an order scheduling a hearing to change plea or set trial on December 6, 2007 at 2:30 P.M., before the Honorable Jeffrey S. White, and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from November 15, 2007 to December 6, 2007. The parties agreed, and the Court found and held, as follows:

    1. The defendant agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and to provide continuity of counsel.

    2. Given these circumstances, the Court found that the ends of justice served by excluding the period from November 15, 2007 to December 6, 2007 outweigh the best interest of the public and the defendant in a speedy trial. § 3161(h)(8)(A).

    3. Accordingly, and with the consent of the defendant, the Court ordered that the period from November 15, 2007 to December 6, 2007 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED:

DATED: November 16,, 2007      _____/S_____
DANIEL P. BLANK, ESQ.
Attorney for Defendant

DATED: November 16, 2007      _____/S_____
BLAKE D. STAMM
Assistant United States Attorney

IT IS SO ORDERED.

DATED:_____      _____
HON. JEFFREY S. WHITE
United States District Judge

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from November 15, 2007 to December 6, 2007 outweigh the best interest of the public and the defendant in a speedy trial. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from November 15, 2007 to December 6, 2007 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED:

DATED: November 16,, 2007

DANIEL P. BLANK, ESQ.
Attorney for Defendant

DATED: November 16, 2007

BLAKE D. STAMM
Assistant United States Attorney

IT IS SO ORDERED.

DATED: November 19, 2007

HON. JEFFREY S. WHITE
United States District Judge

2